**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
DIVISION OF ALEXANDRIA**

| | |
|---|---|
| **AARON PAIGE,**<br><br>Plaintiff,<br><br>v.<br><br>**FIRSTPOINT RESOURCES,**<br><br>Defendant. | **COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>**Civil Action No. 1:24-cv-797** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.C.R.P 41(a)(1)(A)(i)**

NOW COMES Aaron Paige, by counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and gives notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant, FirstPoint Resources.

Respectfully submitted,

PHOENIX AYOTTE

By:  s/ *Phoenix S. Ayotte Esq.*
Phoenix S. Ayotte, Esq.
VA Attorney I.D.#76009
4740 20th Rd N, Unit 3404
Arlington, VA 22207
Telephone: (440) 529-9144
phoenix@guardslaw.com
legal@guardslaw.com
*Attorney for Plaintiff*

-1-

## CERTIFICATE OF SERVICE

I certify that on this 12th day of June, 2024, I transmitted a copy of the foregoing via electronic mail to defendant in care of Marissa Coyle, marissa.coyle@frostechols.com.

PHOENIX AYOTTE

By:  s/ *Phoenix S. Ayotte Esq.*
Phoenix S. Ayotte, Esq.
VA Attorney I.D.#76009
4740 20th Rd N, Unit 3404
Arlington, VA 22207
Telephone: (440) 529-9144
phoenix@guardslaw.com
legal@guardslaw.com
*Attorney for Plaintiff*